UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. DENTON,<br><br>Defendant. | No.   CR-08-0094-RHW<br><br>**ORDER DENYING MOTION FOR REDUCTION IN SENTENCE UNDER SECTION 3582(c)(2)** |

On October 23, 2011, the Defendant submitted a letter to the Court in which he asked about his eligibility for a sentence reduction under the Fair Sentencing Act (ECF No. 81). The Court construed the letter as a Section 3582(c)(2) motion and ordered a response from the Government. After reviewing the filings and applicable case law, the Court must deny the Defendant's motion.

Defendant plead to possession of five or more grams of cocaine base, an offense that carries a mandatory five-year minimum term. 21 U.S.C. § 844. At sentencing the Court followed the parties' recommendation in the plea agreement and imposed the minimum sentence of sixty months.[1]

---

[1] This sentence varied below the guideline range of seventy to eighty-seven months.

**ORDER DENYING REDUCTION IN SENTENCE** * 1

1 | The Fair Sentencing Act amended the guideline calculations for crack cocaine offenses but not their mandatory minimum terms, and as a result the Court cannot reduce the Defendant's sentence below sixty months. *See* United States v. Jackson, 557 F.3d 1032, 1034 (9th Cir. 2009).

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Reduce Sentence (ECF No. 81) is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this 5th day of January, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCRIMINAL\2008\Denton\retroactive.ord.wpd

**ORDER DENYING REDUCTION IN SENTENCE** * 2