UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-094-RHW |
| Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE |
| vs. | |
| ROBERT E. DENTON, | |
| Defendant. | |

At Defendant's April 20, 2016, initial appearance, based on a Petition for action, post-conviction, Defendant appeared, out of custody, with Assistant Federal Defender Colin G. Prince.  He was advised of, and acknowledged, his rights. Assistant U.S. Attorney Aine Ahmed represented the United States.

The United States did not seek detention.  Defendant is released on the previously ordered conditions of supervision and the additional conditions that he appear for all hearings pursuant to the Petition and that he remain in contact with his counsel.

A supervised release revocation hearing is set before Senior Judge Whaley, in Spokane, Washington, on **June 7, 2016, at 10:00 a.m.**

**IT IS SO ORDERED.**

DATED April 20, 2016.



_____

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1