PROB 12C
(7/93)

Report Date: May 19, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2016

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert E. Denton | Case Number: 0980 2:08CR00094–RHW-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 30, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Possession of 5 Grams or More of Cocaine Base, in the Form of Crack Cocaine, 21 U.S.C. § 844(a) | | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: | November 10, 2015 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | November 9, 2018 |

### PETITIONING THE COURT

 **To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/30/2016 and 04/29/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On May 16, 2016, the United States Probation Office in Spokane, Washington, received an automated notification indicating that Mr. Denton's name had been run by the Spokane County Sheriff's Office. On May 17, 2016, Mr. Denton called to report law enforcement contact as required by his terms of supervised release. Mr. Denton indicated that on May 16, 2016, at approximately 10:00 p.m. he made the decision to drive to the grocery store and was subsequently stopped by law enforcement. Mr. Denton indicated he was cited for driving without a license by the investigating officer. |
| | According to the citation and the affidavit for citation filed in this case, Mr. Denton was stopped and contacted by law enforcement due to a defective headlight on May 16, 2016, at 9:22 p.m. The citation indicates that Mr. Denton was cited for driving without a license in violation of RCW 46.20.005, a misdemeanor. It should be noted that the investigating officer did indicate that Mr. Denton made the comment that he "hasn't had a license for several years, but still drives." The citation requires a mandatory court appearance by Mr. Denton currently scheduled for May 23, 2016, at 9:00 a.m. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 19, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

May 23, 2016
Date