PROB 12C
(6/16)

Report Date: August 29, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2016

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Robert E. Denton | Case Number: 0980 2:08CR00094-RHW-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge | |
| Date of Original Sentence: September 30, 2009 | |
| Original Offense: | Possession of 5 Grams or More of Cocaine Base, in the Form of Crack Cocaine, 21 U.S.C. § 844(a) |
| Original Sentence: Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:    Aine Ahmed | Date Supervision Commenced: November 10, 2015 |
| Defense Attorney:       Colin G. Prince | Date Supervision Expires: November 9, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/19/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On August 17, 2016, Mr. Denton reported to U.S. Probation. During the reporting session, Mr. Denton submitted to a urinalysis test as directed, the results of which were presumptive positive for opiates, cocaine and marijuana. Mr. Denton adamantly denied use of any illicit substances, and the sample was forwarded to Alere Toxicology for verification. On August 29, 2016, the U.S. Probation Office in Spokane received the lab confirmation regarding the sample submitted by Mr. Denton, the results of which were confirmed positive for cocaine metabolite and marijuana metabolite. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/Chris Heinen

August 29, 2016

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 30, 2016

Date