PROB 12C
(6/16)

Report Date:  January 27, 2017

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### for the

## Jan 31, 2017

SEAN F. MCAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert E. Denton                    Case Number: 0980 2:08CR00094-RHW-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 30, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of 5 Grams or More of Cocaine Base, in the Form of Crack Cocaine, 21 U.S.C. § 844(a) | |
| Original Sentence: | Prison - 60 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 6, 2016) | Prison - 4 months<br>TSR - Shall expire on<br>November 9, 2018 | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: December 16, 2016 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: November 9, 2018 |

---

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance
_____

1              **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by th court.

               **Supporting Evidence**: On January 25, 2017, the undersigned officer received a phone call from staff at the Spokane Residential Reentry Center (RRC) who indicated that the client had admitted to bringing marijuana into the facility. Staff advised that the amount was roughly half the size of one's fist, and was located in the client's shoe under his bunk after a search was conducted, at which point the client confessed to the introduction of the contraband.

Prob12C
**Re: Denton, Robert E.**
**January 27, 2017**
**Page 2**

On January 26, 2017, the client reported to the U.S. Probation Office in Spokane as directed to further discuss the aforementioned and admitted behavior. The client admitted to the undersigned officer that he did have the marijuana on his person upon entering the Spokane RRC; however, stated he had forgotten that he had the substance on his person and stated that it was given to him by a previous acquaintance at the Spokane Transit Authority Plaza at random and that in turn, he was just going to give it to someone else that he happened to know, if he ran into such a person. The client indicated that he felt the amount of marijuana on his person was closer to the size of a golf ball.

2     **Special Condition # 24**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. You shall abide by the rules and requirements of the facility.

**Supporting Evidence**: On January 25, 2017, the undersigned officer received a phone call from staff at the Spokane RRC who indicated that the client was being unsuccessfully discharged from the program effective January 26, 2017, due to his admitted violation of program rules and possession of marijuana while entering the Spokane RRC.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 27, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[   ]    No Action
[   ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[   ]    Other

Signature of Judicial Officer

1/31/2017

Date