# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert E. Denton      Case Number: 0980 2:08CR00094-RHW-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 30, 2009

Original Offense:     Possession of 5 Grams or More of Cocaine Base, in the Form of Crack Cocaine, 21 U.S.C. § 844(a)

Original Sentence:     Prison - 60 months;     Type of Supervision: Supervised Release
TSR - 36 months

Revocation Sentence:     Prison - 4 months
(September 6, 2016)     TSR - Shall expire on November 9, 2018

Asst. U.S. Attorney: Alison L. Gregoire      Date Supervision Commenced: December 16, 2016

Defense Attorney: Colin G. Prince      Date Supervision Expires: November 9, 2018

## PETITIONING THE COURT

To **ISSUE A SUMMONS** and incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/27/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 3**: The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: On December 19, 2016, Mr. Robert Denton signed his conditions relative to case number 2:08CR00094-RHW-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Denton was made aware by his U.S. probation officer that he was required to refrain from the use of illegal controlled substances. |
| | Mr. Denton violated the terms of his supervised release by wilfully using cocaine prior to the random urinalysis test conducted by Alcohol Drug Education Prevention and Treatment (ADEPT) on April 5, 2017. |

Specifically, on April 6, 2017, the U.S. Probation Office in Spokane received notification from ADEPT that the client had presented to the facility as required on April 5, 2017, and submitted a urinalysis sample for testing that was presumptive positive for both cocaine and marijuana. The undersigned officer did receive a drug use admission form with the initial results indicating that the client had denied the use of an illicit substance, contrary to the presumptive results.

On April 10, 2017, the U.S. Probation Office in Spokane received the lab confirmation from Alere Toxicology relative to the aforementioned urinalysis sample, and observed that the sample had been confirmed as negative for marijuana, but positive for cocaine. The undersigned officer contacted the client by phone on April 12, 2017, at which time the client admitted to using cocaine prior to the test due to the stress associated with the untimely passing of a family member.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 12, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

April 25, 2017
Date