PROB 12C
(6/16)

Report Date: July 25, 2018

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 25 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert E. Denton     Case Number: 0980 2:08CR00094-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 30, 2009
Date of Revocation Sentence: September 6, 2016

| | | |
|---|---|---|
| Original Offense: | Possession of 5 Grams or More of Cocaine Base, in the Form of Crack Cocaine, 21 U.S.C. § 844(a) | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 4 months; TSR - 23 months | |
| Asst. U.S. Attorney: | Scott Jones | Date Supervision Commenced: December 16, 2016 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: November 9, 2018 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/27/2017, 04/12/2017 and 05/04/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 2**: The defendant shall not lawfully posses a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: On December 19, 2016, Mr. Robert Denton signed his conditions of supervision relative to case number 2:08CR00094-WFN-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Denton was made aware by his U.S. probation officer that he was required to refrain from the use of illegal controlled substances.<br><br>On July 12, 2018, Robert Denton submitted a urinalysis at the Spokane Residential Reentry Center (RRC). Said specimen was confirmed positive for amphetamine, methamphetamine, morphine, and marijuana. |

Prob12C
Re: Denton, Robert E
July 25, 2018
Page 2

      6      **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as directed.

             **Supporting Evidence**: On December 19, 2016, Mr. Robert Denton signed his conditions of supervision relative to case number 2:08CR00094-WFN-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Denton was made aware by his U.S. probation officer that he was required to report as directed.

             Robert Denton was terminated from placement at the Spokane Residential Reentry Center on July 20, 2018. He was directed to report to the U.S. Probation Office on July 23, 2018. As of July 25, 2018, he has failed to report to the U.S. Probation Office as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/27/2017, 04/12/2017 and 05/04/2017, and that the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/25/2018

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/25/18
Date